Decided October 15, 1993

LINDA MCCULLOUGH *v.* WATERFRONT PARK ASSOCIATION, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 32 Conn. App. 746 (AC 11420), is denied.

*Barry D. Guliano,* in support of the petition.

*Raymond T. DeMeo,* in opposition.

Decided October 15, 1993